THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v OLIVER BERRY, Also Known as CHRIS TUCKER, Appellant.

Submitted July 25, 2016; decided October 25, 2016

Motion for reargument dismissed as untimely (*see* Rules of Ct of Appeals [22 NYCRR] § 500.24 [b]) [*see* 27 NY3d 10 (2016)].

In the Matter of CHRISTIAN URENA, Appellant, v ANTHONY AN-NUCCI, Respondent.

Submitted August 1, 2016; decided October 25, 2016

Motion for reargument of motion for leave to appeal denied [*see* 27 NY3d 907 (2016)].